**UNITED STATES of America,**
**Appellee,**

v.

**Rigoberto CAMACHO–CARRANZA,**
**also known as Mario Rodrigo–**
**Reyes, Appellant.**

No. 06–3594.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 26, 2007.

Filed: July 31, 2007.

Richard Louis Murphy, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Joanne Lilledahl, Federal Public Defender's Office, Northern District Of Iowa, Cedar Rapids, IA, for Appellant.

Rigoberto Camacho–Carranza, White Deer, PA, pro se.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Rigoberto Camacho–Carranza pleaded guilty to illegally reentering the United States after having been deported following a conviction for a felony, in violation of 8 U.S.C. § 1326(a) and (b)(1). The district court [1] sentenced him to 21 months in prison and 3 years of supervised release.

On appeal, Camacho–Carranza's counsel has moved to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). For reversal, counsel suggests that the district court erred in not crediting Camacho–Carranza for time he had served in state and immigration custody. This argument fails. *See United States v. Iversen,* 90 F.3d 1340, 1344–45 (8th Cir.1996) (district court does not have authority to credit defendant for time served; such claim should be presented in first instance to Bureau of Prisons). We have also reviewed the record independently for any nonfrivolous issues, *see Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we have found none.

Accordingly, we affirm. We also grant counsel's motion to withdraw.

[1]. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.